Johnny Ray GARRISON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

April 19, 1974.

William I. Bubenzer, Covington, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

James L. BROWN, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

April 19, 1974.

Don H. Major, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Peter C. MacDonald, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice PALMORE, Affirming.*

* Opinion ordered not to be published.

Henry L. GREENEBAUM, Appellant,

v.

Sam BANKS, Appellee.

Court of Appeals of Kentucky.

April 19, 1974.

John M. Mayer, John M. Mayer, Jr., Louisville, for appellant.

Reford H. Coleman, Elizabethtown, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

Fred E. FUGAZZI et al., Appellants,

v.

Charles BAESLER, Jr., Fayette County Clerk, Appellee.

Court of Appeals of Kentucky.

April 19, 1974.

William C. Jacobs, Lexington, for appellants.

E. Lawson King, Lexington, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

* Opinion ordered not to be published.